1  RANDY S. GROSSMAN
   Acting United States Attorney
2  MATTHEW J. SUTTON
   Assistant United States Attorney
3  Illinois State Bar No. 6307129
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-8941
   Email: Matthew.Sutton@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America

8               UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No.  21cr2960-JAH |
| 11              Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| 12        v. | |
| 13 | |
| 14  WUENDI YURIDIA VALENZUELA VALENZUELA (1), | |
| 15              Defendant. | |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

Through the violations of Title 21, United States Code, Sections 959, 960, 963, 841(a)(1) and 846, as alleged in Counts 1-3 of the Indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegation of the following additional property pursuant to 21 U.S.C. § 853(a)(1) and 853(a)(2):

> That real property located at 1017 Camino Atajo, Chula Vista CA 91910, and all appurtenances affixed thereto. The real property is more particularly described as:

**ASSESSORS PARCEL NO. 640-340-72-00**

LOT 72 OF CHULA VISTA TRACT NO 90-02, RANCHO DEL REY SPA 111, PHASE 2 UNIT 2, IN THE CITY OF CHULA VISTA, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO.13219, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 14, 1995,

MORE COMMONLY KNOWN AS: 1017 CAMINO ATAJO CHULA VISTA, CA91910.

DATED: November 8, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

s/ Matthew J. Sutton

MATTHEW J. SUTTON
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America