RANDY S. GROSSMAN
Acting United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
Illinois State Bar No. 6307129
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WUENDI YURIDIA VALENZUELA VALENZUELA (1), et al.<br><br>Defendant. | Case No. 21cr2960-JAH<br><br>SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, hereby files the following Second Bill of Particulars for Forfeiture of Property.

Through the violations of Title 21, United States Code, Sections 959, 960, 963, 841(a)(1) and 846, as alleged in Counts 1-3 of the Indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegation of the following additional property pursuant to 21 U.S.C. § 853(a)(1) and 853(a)(2):

1. One 2020 Jeep Gladiator, VIN: 1C6HJTFG1LL153986, CA License No. 03741Y2;

2. One 2020 Audi SQ5, VIN: WA1A4AFY1L2015377, CA 8RWL106;

3.  $570,528.00 in U.S. Currency;

4.  $219,031.00 in U.S. Currency;

5.  199,230 in Mexican Currency

6.  740 in Mexican Currency;

7.  Miscellaneous jewelry, including the following (all watches except where indicated as otherwise):

    a.  Jacob & Co. Astronomia Tourbillion Black Fold

    b.  Jacob & Co. Opera by Jacob & Co. Godfather Musical

    c.  Jacob & Co. Astronomia Flawless Triple Axis Tourbillion

    d.  Hubolt Big Band Edition

    e.  Hubolt MP-05 LaFerrari Titanium

    f.  Hubolt MP-05 LaFerrari Black/Red

    g.  Hubolt MP-05 LaFerrari Blue

    h.  Hubolt MP-05 LaFerrari Gold

    i.  Hubolt Big Band Edition

    j.  Hubolt Big Bang Edition

    k.  Hubolt Spirit of Big Bang Yellow Sapphire Automatic Chronograph

    l.  Hubolt Spirit of Big Bang Sapphire Crystal Chronograph Skeleton

    m.  BVLGARI

    n.  Roger Dubuis Canelo Alvarez

    o.  Roger Dubuis Pirelli

    p.  Perreguax La Esmeralda Tourbillion "A Secret"

    q.  Rolex Oyster Perpetual Datejust

    r.  Hublot Techframe LaFerrari Tourbillion

    s.  Gshock Watch

    t.  Six (6) Bracelets

    u.  Three (3) Pairs Earrings

    v.  Six (6) Rings

    w.  Six (6) Necklaces

8. Miscellaneous jewelry, including the following (all watches except where indicated as otherwise):

    a.  Hublot Big Bang Edition Gold Pave

    b.  Hublot Classic Fusion

    c.  Hublot Big Bang Edition

    d.  Hublot Big Bang Broderie Sugar Skull

    e.  Hublot Big Bang Broderie Sugar Skull

    f.  Hublot Classic Fusion

    g.  Hublot Big Bang Edition One Click

    h.  Rolex Oyster Perpetual Superlative Chronometer

    i.  Rolex Oyster Perpet1Ual Datejust Stainless Steel

    j.  Rolex Oyster Perpetual Datejust

    k.  Audemars Piguet Royal Oak

    l.  Audemars Piguet Royal Oak

    m.  Cartier Ballon Bleu

    n.  Salvatore Ferragamo

    o.  Two (2) Necklaces, one (1) Bracelet, two (2) Rings, three (3) Pairs Earrings

DATED: November 19, 2021.

              RANDY S. GROSSMAN
              Acting United States Attorney

              s/ Matthew J. Sutton

              MATTHEW J. SUTTON
              Assistant U.S. Attorney
              Attorneys for Plaintiff
              United States of America